Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John White ) | |
| ) | 1:06-CV-0007 OWW DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

　　　　IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 60 day extension of time, until September 13, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, January 3, 2006, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: July 17, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: July 18, 2006 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ KIMBERLY A. GAAB |
| 6 | | (as authorized via facsimile) |
| | | KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

    IT IS SO ORDERED.

    Dated:   **July 21, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE