1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                   THE EASTERN DISTRICT OF CALIFORNIA

9

10  John White                  )
                                )   1:06-CV-0007 OWW DLB
11                              )
          Plaintiff,             )   STIPULATION AND ORDER
12                              )
    vs.                         )
13                              )
    JO ANNE B. BARNHART,        )
14  Commissioner of Social      )
    Security,                   )
15                              )
          Defendant.            )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 10 day extension of time, until November 23, 2006, in which to

20  serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21  January 3, 2006, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

| | | |
|---|---|---|
| 1 | Dated: November 20, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: November 22, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ KIMBERLY A. GAAB<br>(as authorized via facsimile)<br>KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   November 30, 2006**               **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE