Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| JOHN WHITE ) | 1:06-CV-00007 OWW DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on December 30, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: January 22, 2007          /s/ Gina Fazio

                                 GINA FAZIO, ESQ.
                                 Attorney for Plaintiff

Dated: January 26, 2007

                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Kimberly A. Gaab
                                 (as authorized via facsimile)
                                 KIMBERLY A. GAAB
                                 Assistant U.S. Attorney

1
2   IT IS SO ORDERED.
3   **Dated:   January 29, 2007**              **/s/ Oliver W. Wanger**
    emm0d6                                    UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28